IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISIONS
C.A. No. 3:19-cv-00590-FDW

LEGRETTA F. CHEEK,

    Plaintiff,

V.

GURSTEL LAW FIRM, P.C., SHANNON N. CRANE,
WHITNEY M. JACOBSON, JESSE VASSALLO LOPEZ,

    Defendants.

## DECLARATION OF SHANNON N. CRANE

I, Shannon N. Crane, declare and state the following:

1. I am competent to testify as to the matters set forth herein. The facts stated within this declaration are within my personal knowledge and are true and correct.

2. I am employed by Defendant Gurstel Law, P.C. ("Gurstel Law Firm") as an associate attorney.

3. I live in the State of Arizona and do not own, lease or rent any property in the State of North Carolina.

4. I do not have and I have never had continuous or regular occurring contacts with the State of North Carolina.

5. As part of my responsibilities for Gurstel Law Firm, from October 2018 through mid-2019, I performed collection related work involving the defaulted credit card account that Plaintiff Legretta F. Cheek ("Plaintiff") held with Bank America N.A.

6. As part of this work, I mailed correspondence to the Plaintiff, at the address Plaintiff provided to Bank of America for the credit card account, at 7124 W Linda Lane, Chandler, Arizona 85226 ("Plaintiff's Arizona Address").

7. I also filed documents that relate to Plaintiff's credit card account with Superior Court of Arizona, County of Maricopa, for the matter titled <u>Bank of America, N.A., Plaintiff, v. Legretta F. Cheek *et al*, Defendant</u> ("Creditor Lawsuit"), Case Number, CV2018-156884.

8. I never reached into or contacted the Plaintiff in the State of North Carolina and I never sent any mailings or other documents to the State of North Carolina.

9. I have reviewed the Complaint filed in this case and I have not performed any activities directed to the State of North Carolina that relate to Plaintiff's claims.

I declare under penalty of perjury that everything I have stated in this document is true and correct.

DATED: Dec 20, 2019

SHANNON. N. CRANE