# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISIONS
# C.A. No. 3:13-cv-00590-FDW

LEGRETTA F. CHEEK,

    Plaintiff,

V.

GURSTEL LAW FIRM, P.C., SHANNON N. CRANE,
WHITNEY M. JACOBSON, JESSE VASSALLO LOPEZ,

    Defendants.

## CERTIFICATE OF SERVICE

I hereby certify that on December 23, 2019, I placed a copy of the following documents in the United States Mail, first class postage prepaid:

1. Defendants Gurstel Law Firm, P.C., Shannon N. Crane, Whitney M. Jacobson, Jesse Vassallo Lopez, Motion to Dismiss the Complaint (Doc. No. 15);
2. Memorandum of Law in Support of Defendants' Motion to Dismiss (Doc. No. 16);
3. Declaration of Shannon N. Crane (Doc. No. 18);
4. Declaration of Whitney M. Jacobson (Doc. No. 19);
5. Declaration of Norman I. Taple (Doc. No. 17); and
6. Declaration of Jesse Vassallo Lopez with Exhibits A-E (Doc. No. 20).

Addressed to the plaintiff pro se as follows:

LeGretta F. Cheek
113 Indian Trail Road, Suite 100
Indian Trail, NC 28079

/s/ Andrew D. Parker
Andrew D. Parker (#195042)
*admitted pro hac vice*
Parker Daniels Kibort LLC
888 Colwell Building
123 North Third Street
Minneapolis, MN 55401
T: (612) 355-4100 | F: (612) 355-4104
parker@parkerdk.com

*Attorneys for Defendants Gurstel Law Firm, P.C., Shannon N. Crane, Whitney M. Jacobson, Jesse Vassallo Lopez*