UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
C.A. No. 3:19-cv-00590-FDW

FILED
CHARLOTTE, NC

JAN 23 2020

US DISTRICT COURT
WESTERN DISTRICT OF NC

**LEGRETTA F. CHEEK**

Plaintiff,

vs.

**GURSTEL LAW FIRM, P.C., SHANNON N. CRANE, WHITNEY M. JACOBSON, JESSE VASSALLO LOPEZ,**

**Defendants.**

## MOTION TO SEAL

COME NOW, Plaintiff, LeGretta F. Cheek (**Cheek**) request a Motion to Permanently Seal confidential documents pursuant to NC Gen. Stat. § L.R. 1-71 and LCvR 6.1(3).

The redacted documents being requested to file under seal permanently are confidential and evident proving Ms. Cheek legal residency in the State of North Carolina. These documents authenticate Ms. Cheek being a North Carolina resident for years, and the venue and jurisdiction in her Complaint are proper in this matter. Ms. Cheek respectively submits the following exhibits of material facts:

1) Exhibit 3 – Ms. Cheek North Carolina Driver's Licenses; requesting to be permanently sealed.

2) Exhibit 4 – Ms. Cheek North Carolina Social Security Notice of Award; requesting to be permanently sealed.

3) Exhibit 5 – Ms. Cheek North Carolina recent Social Security Administration

Letter, requesting to be permanently sealed.

4) Exhibit 6 – Ms. Cheek North Carolina Monthly Rental Agreement; requesting to be permanently sealed.

"The decision to seal documents must be made after independent review by a judicial officer, and supported by findings and conclusions specific enough for appellate review." *Media General Operations, Incorporated v. Buchanan*, 417 F.3d 424, 429 (4th Cir. 2005). "If a judicial officer determines that full public access is not appropriate, she must consider alternatives to sealing the documents which may include giving the public access to some of the documents or releasing a redacted version of the documents that are the subject of [Ms. Cheek] motion to seal." *Goetz*, 886 F.2d at 66.

**WHEREFORE,** Ms. Cheek prays for an Order to Permanently Seal Exhibit 3, Exhibit 4, Exhibit 5, and Exhibit 6 which are presently in custody of this Court.

Dated this 22nd day of January, 2020.

Respectfully Submitted,

*/s/ LeGretta F. Cheek*
LeGretta F. Cheek
113 Indian Trail Rd N, Suite 100
Indian Trial, North Carolina 28079
704.578.4889
lcheek9167@aol.com
Plaintiff *pro se*

# AFFIDAVIT UNDER OATH
# LEGRETTA F. CHEEK

_____
Affiant

I, Kim C. Green, notary public in Union County certify the four (4) Exhibits herein are an exact copy other than the redactions of the original copies, has been redacted in front of me by LeGretta F. Cheek (**Affiant**) to be true and correct.

1. Affiant valid driver's licenses in the State of North Carolina. Exhibit 3;
2. Affiant Social Security Award Letter. Exhibit 4;
3. Affiant Social Security Administration Letter. Exhibit 5;
4. Affiant Monthly Rental Agreement. Exhibit 6.

Union County, North Carolina

Signed and sworn to before me this day by LeGretta F. Cheek.

Date: January 6, 2020

_____
Kim C. Green, Notary Public
My commission expires: October 21, 2022