UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
C.A. No. 3:19-cv-00590-FDW

FILED
CHARLOTTE, NC

JAN 23 2020

US DISTRICT COURT
WESTERN DISTRICT OF NC

**LEGRETTA F. CHEEK**

Plaintiff,

vs.

**GURSTEL LAW FIRM, P.C., SHANNON N. CRANE,
WHITNEY M. JACOBSON, JESSE VASSALLO LOPEZ,**

Defendants.

---

### AFFIDAVIT OF LEGRETTA F. CHEEK

---

*[signature]*
**Affiant**

I, LeGretta F. Cheek (**Affiant**), and hereby affirm that I prepared and have read this affidavit and that I believe the foregoing statements in this affidavit to be true and correct. I hereby further affirm that the basis of these beliefs is my own direct knowledge of the statements described herein:

1. Affiant is a competent natural person, and a citizen in United States;

2. Affiant is a North Carolina resident, and has been a resident continually since 1980;

3. Affiant has a valid driver's license in the State of North Carolina. (Exhibit 3);

4. Affiant has been awarded Social Security in the State of North Carolina since 2014. (Exhibit 4);

5. Affiant has a rental agreement in the State of North Carolina since 2017. (Exhibit 6);

6. Affiant has never been a legal resident in the State of Arizona;

7. Affiant does not have an alleged credit card account with Bank of America, N.A. at the address "7124 W. Linda Lane, Chandler, Arizona 85226;"

8. Affiant used a temporary address at "c/o 7124 W. Linda Lane, Chandler, Arizona 85226 while visiting in the State of Arizona from her legal abode in the State of North Carolina;"

9. Affiant traveled back and forth from Arizona to her legal residency in the State of North Carolina where she is legally domiciled;

10. Affiant reached, contacted, responded to, and conducted activities with Gurstel Law Firm, P.C., Shannon N. Crane, Whitney M. Jacobson, and Jesse Vassallo Lopez from the State of North Carolina through USPS mail.

**Acknowledgement of Affidavit**

On the 6th of January, 2020, LeGretta F. Cheek personally came before me, the above name Affiant who proved her identity to me to my satisfaction and she acknowledged her signature on this affidavit in my presence and stated that she did so with full understanding that she was subject to the penalties of perjury.

Union County, North Carolina

Date: January 6, 2020

Kim C. Green, Notary Public
My commission expires: October 21, 2022

[Notary Seal: Kim C. Green, Notary Public, Union County, NC]

## Affidavit of Personal Knowledge

My name is Brian D. Green and I have known Ms. LeGretta Ford Cheek for the past 10 years (2009-Present). I have personal knowledge that Ms. Cheek has resided in North Carolina for the past 10 years (2009-Present) that I have personally known her.

*/s/ Brian D. Green*

Union County, North Carolina

I certify that Brian D. Green personally appeared before me on this day, acknowledging to me that he signed the foregoing document: Affidavit of Personal Knowledge.

Date: November 23, 2019

*/s/ Kimyon Zari*
Notary Public Signature

Kimyon Zari
Notary Public Printed Name

My commission expires:
August 17, 2022

## Affidavit of Personal Knowledge

I, Gladys Wilson-Howard acknowledge that I have personally known LeGretta F. Cheek for the past 5 years (2014-Present), and her to be living in the State of North Carolina for those 5 years (2014-Present) of me knowing her.

*Gladys Wilson-Howard*

Union County, North Carolina

I certify that Gladys Wilson-Howard personally appeared before me on this day, acknowledging to me that she signed the foregoing document: Affidavit of Personal Knowledge.

Date: November 24, 2019

_____
Notary Public Signature

Kim C Green
Notary Public Printed Name

My commission expires:
October 21, 2022