IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
C.A. No. 3:19-cv-00590-FDW

LEGRETTA F. CHEEK,

    Plaintiff,

V.

GURSTEL LAW FIRM, P.C.,
SHANNON N. CRANE,
WHITNEY M. JACOBSON, and
JESSE VASSALLO LOPEZ,

    Defendants.

## RULE 7.1(e) NOTICE OF INTENT NOT TO FILE REPLY BRIEF

**NOW COME** the defendants Gurstel Law Firm, P.C., Shannon N. Crane, Whitney M. Jacobson, and Jesse Vassallo Lopez, by and through counsel, and hereby submit this Notice pursuant to LCvR 7.1(e) providing that the defendants do not intend to file a reply brief in support of the Motion to Dismiss [Doc. No. 15].

This the 13th day of February, 2020.

    /s/ Caren D. Enloe
    Caren D. Enloe
    SMITH DEBNAM NARRON DRAKE
    SAINTSING & MYERS LLP
    NC State Bar No. 17394
    P.O. Box 176010
    Raleigh, NC 27619-6010
    Telephone: 919-250-2000
    Facsimile: 919-250-2124

    *Counsel for Defendants Gurstel Law Firm,*
    *P.C., Shannon N. Crane, Whitney M. Jacobson,*
    *Jesse Vassallo Lopez.*

# CERTIFICATE OF SERVICE

I hereby certify that on February 13, 2020, I placed a copy of the foregoing document in the United States mail, first class postage prepaid addressed as follows:

LeGretta F. Cheek
113 Indian Trail Road, Suite 100
Indian Trail, NC 28079

/s/ Caren D. Enloe
Caren D. Enloe
SMITH DEBNAM NARRON DRAKE
SAINTSING & MYERS LLP
NC State Bar No. 17394
P.O. Box 176010
Raleigh, NC 27619-6010
Telephone: 919-250-2000
Facsimile: 919-250-2124

*Counsel for Defendants Gurstel Law Firm, P.C., Shannon N. Crane, Whitney M. Jacobson, Jesse Vassallo Lopez.*